UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:11-cr-0155-SEB-TAB |
| | ) | |
| TRAVIS UMPHRIES, | ) | - 09 |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On January 24, 2024, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on October 23, 2023. Defendant Umphries appeared in person with his appointed counsel Gwendolyn Beitz. The government appeared by Brad Blackington, Assistant United States Attorney. United States Probation Office appeared by USPO Angela Smith.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Umphries of his rights and provided him with a copy of the petition. Defendant Umphries waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Umphries admitted to Violation Numbers 1 and 2 (as amended). [Docket No. 705.]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not commit another federal, state or local crime."** |

> On August 18, 2023, Travis Umphries was arrested by the Linton, Indiana, Police Department and charged with Possession of Methamphetamine, felony, in Greene County Superior Court, under cause number 28D01-2308-F6-000128.

2  **"The defendant shall not commit another federal, state or local crime."**

> On October 17, 2023, Travis Umphries was arrested by the Greene County, Indiana, Sheriff's Department and charged with Theft, misdemeanor, and Theft, felony, under cause number 28D01-2310-F6-000176.

Both of the Greene County cause numbers have now been adjudicated.

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is V.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 18 to 24 months imprisonment.

5. The government recommended a sentence of 24 months with no supervised release. Defendant's counsel argued for a sentence of 18 months with no supervised release to follow. Defendant requested placement at a safe yard at the lowest security level possible **excluding** FCC Terre Haute.

The Magistrate Judge, having considered the relevant factors in 18 U.S.C. § 3553(a), *see* 18 U.S.C. § 3583(e) and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 20 months with no supervised release to follow. The Magistrate Judge will make a recommendation of placement at a facility in Indiana **excluding** FCC Terre Haute. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 1/24/2024

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system